IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Dennis Mark Hicks, | ) Civil Action No. 8:15-cv-3675-RMG-JDA |
| Plaintiff, | ) |
| v. | ) |
| Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby

**ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

Richard M. Gergel
United States District Judge

April 26, 2016