AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dennis Mark Hicks, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

Civil Action No.    8:15-cv-03675-RMG-JDA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel.


Date:    April 26, 2016                                     *ROBIN L. BLUME, CLERK OF COURT*


                                                   s/Ashley Buckingham, Deputy Clerk
                                                   _____
                                                   *Signature of Clerk or Deputy Clerk*